IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDRE DEON JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:12-CV-720-WKW |
| | ) |
| GARY HETZEL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On August 28, 2012, the Magistrate Judge filed a Report and Recommendation (Doc. # 5) regarding Plaintiff Andre Deon Jones's motion for preliminary injunction (Doc. # 1). No timely objections have been filed. Based upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED;

2. Plaintiff's motion for preliminary injunction (Doc. # 1) is DENIED; and

3. This case is REFERRED back to the Magistrate Judge for further proceedings on Plaintiff's claims.

DONE this 20th day of September, 2012.

                                                  /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE