IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDRE DEON JONES, #240139, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:12-CV-720-WKW |
| | ) |
| GARY HETZEL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On December 18, 2012, the Magistrate Judge filed a Report and Recommendation (Doc. # 24), to which no timely objection was made. After an independent and *de novo* review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation of the Magistrate Judge (Doc. # 24) is ADOPTED, and this case is DISMISSED.

An appropriate judgment will follow.

DONE this 16th day of January, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE